UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>  v.<br>JILLIAN LOUISE BENNETT,<br>      Defendant.<br>_____/ | NO. CR. S-01-0114 WBS<br><br>RELATED CASE ORDER |
| UNITED STATES OF AMERICA,<br>      Plaintiff,<br>  v.<br>JILLIAN LOUISE BENNETT,<br>      Defendant.<br>_____/ | NO. CR. S-05-394 MCE |

----oo0oo----

Examination of the above-entitled actions reveals that these actions are related within the meaning of Local Rule 83-123, E.D. Cal. (1997).  Both cases involve the same defendant, and case No. CR-S-05-0394 charges the defendant with failure to surrender for service of the sentence in CR-S-01-0114 WBS. Accordingly, the assignment of the matters to the same judge is likely to effect a substantial saving of judicial effort and is

1  also likely to be convenient for the parties.
2    The parties should be aware that relating the cases
3  under Local Rule 83-123 merely has the result that these actions
4  are assigned to the same judge; no consolidation of the actions
5  is effected.
6    IT IS THEREFORE ORDERED that the action denominated CR.
7  S-05-394 MCE be, and the same hereby is, reassigned to WILLIAM B.
8  SHUBB for all further proceedings.  Henceforth the captions on
9  all documents filed in the reassigned case shall be shown as CR.
10 S-05-394 WBS, and any dates currently set in the reassigned case
11 <u>only</u> are hereby VACATED, and the United States Attorney shall see
12 that the reassigned cases are placed on a regularly scheduled
13 criminal calendar of the undersigned judge for status conference.
14   IT IS FURTHER ORDERED that the Clerk of the Court make
15 appropriate adjustment in the assignment of criminal cases to
16 compensate for this reassignment.
17   IT IS SO ORDERED.
18 DATED: September 29, 2005.

        WILLIAM B. SHUBB
        UNITED STATES DISTRICT JUDGE